No. 83–815. GRIMM ET AL. v. RIZK ET AL. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 83–816. MERAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–820. PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA v. MORGADO. C. A. 11th Cir. Certiorari denied.

No. 83–828. SHELL OIL CO. v. OLSEN ET AL.; and
No. 83–829. MOVIBLE OFFSHORE, INC. v. OLSEN ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 708 F. 2d 976.

No. 83–834. SACK v. KIMBERLY-CLARK CORP. C. A. 7th Cir. Certiorari denied.

No. 83–855. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–865. CANNON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–872. CROSBY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–891. CREASON, DBA KANSAS CARTAGE v. MO-KAN TEAMSTERS PENSION FUND ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–901. RUSSO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5100. LINFIELD v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 83–5140. SMITH v. HEERINGA ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5188. WASHINGTON v. NEW YORK STATE COMMISSIONER OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5216. SANTIAGO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.